

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
TIMOTHY S. VASQUEZ
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTERS OF THE SEARCHES OF: | |
| A GREY IN COLOR 2005 CHEVROLET PICKUP TRUCK, BEARING NEVADA LICENSE TAG WY-98, AND V.I.N. 2GCEC13T251371200; | 2:12-MJ-425-PAL |
| A SILVER IN COLOR 1999 CHEVROLET CORVETTE, BEARING NEVADA LICENSE PLATE WY-97 AND V.I.N. 1G1YY22G7X5127495; | 2:12-MJ-426-PAL |
| PREMISES LOCATED AT 592 NEWBERRY SPRINGS DRIVE, LAS VEGAS, NEVADA 89148 | 2:12-MJ-427-PAL |

### *EX PARTE* MOTION TO UNSEAL

COME NOW THE UNITED STATES OF AMERICA, by and through it undersigned attorneys, and moves this Court to order the unsealing of the application, affidavit, search warrant and return previously filed in this matter. The UNITED STATES offers the following grounds for this Motion.

1. The search warrants issued in these matters were part of an investigation into a conspiracy to possess and distribute substantial quantities of 3,4-methylenedioxymethamphetamine (a

1. Schedule I controlled substance also known as "MDMA" and "Ecstacy") conducted by the Federal Bureau of Investigation and other law enforcement agencies. That investigation has largely concluded.

2. Certain subjects of the investigation have been indicted in the criminal cases of *United States v. Ruiz, et al.*, 02:12-cr-453-MMD-VCF. That indictment has been unsealed, and the indicted defendants have been arrested.

3. It is necessary to unseal the search warrant and supporting documents in this matter for purposes of discovery.

WHEREFORE, the UNITED STATES respectfully requests that the Court grant this motion and order this matter unsealed.

RESPECTFULLY SUBMITTED this 19th day of December 2012.

DANIEL G. BOGDEN,
United States Attorney

Timothy S. Vasquez
Assistant U.S. Attorney

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Date: 12/20/12

2